# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada Bar No. 1925
4  U.S. Attorney's Office
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  Facsimile: 702-388-6787
   Email: *daniel.hollingsworth@usdoj.gov*
7  Counsel for the United States of America

8

9

10                    **UNITED STATES DISTRICT COURT**

11                           **DISTRICT OF NEVADA**

12  UNITED STATES OF AMERICA,           )
                                         )
13                  Plaintiff,           )
                                         )
14         v.                            )   2:14-CV-945-JCM-(GWF)
                                         )
15  $86,998.40 IN UNITED STATES          )
    CURRENCY,                            )
16                                       )
                    Defendant.           )
17  ─────────────────────────────────────

                            **MOTION TO UNSEAL**
18

19         The United States of America, by and through Daniel G. Bogden, United States Attorney for

20  the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, moves this

21  Honorable Court for an Order to unseal the above-captioned case.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

The grounds for the seal are no longer valid. Nathan Stoliar has pled and his sentencing is soon. However, James Jariv has not pled, and his criminal prosecution is pending.

Dated this 7th day of January, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Daniel D. Hollingsworth*

DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/12/15

2